IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN PICCIRILLO | x  Civil Action No.:<br>:  2:15-cv-02762-LDD | |
| Plaintiff, | : | |
| v. | : | **FILED** |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION (AMTRAK) | :<br>: | SEP 19 2016 |
| Defendant. | :<br>: | LUCY V. CHIN, Interim Clerk<br>By _____ Dep. Clerk |
| | x | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys that all claims against defendant National Railroad Passenger Corporation ("Amtrak") by plaintiff Megan Piccirillo in the above matter are dismissed in their entirety, with prejudice, with each party to bear its own attorney's fees and costs.

McLAUGHLIN & LAURICELLA, P.C.
Attorneys for Plaintiff

By _____
Slade H. McLaughlin, Esq.

Dated: 9/15/2016

/s/ Legrome D. Davis

So Ordered _____

Dated: 9/15/16

LANDMAN CORSI BALLAINE
& FORD P.C.
Attorneys for Defendant
National Railroad Passenger Corporation

By: _____
Yuri J. Brunetti, Esq.

Dated:

4832-7805-2406v.1